UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STEVANO JAVED GAYLE,

                Petitioner,                15-cv-2134 (PKC)

   -against-

                                                ORDER

OSCAR AVILES, et al.,

                Respondents.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       In view of the Mandate of the Second Circuit filed April 27, 2020 (Doc 25) that vacated and remanded the Court's Memorandum and Order of June 22, 2015 conditionally granting the petitioner's writ of habeas corpus and the Court's July 10, 2015 Memorandum and Order denying the government's motion to reconsider (Doc 21), the parties are directed to file supplemental briefs addressing (i) the impact of Nielsen v. Preap, 139 S. Ct. 954 (2019) and Jennings v. Rodriguez, 138 S. Ct. 830 (2018), (ii) whether intervening evens have rendered the petition moot, and (iii) what further action should be taken to resolve this matter. The supplemental briefs must be filed by December 2, 2020, and any responses to the supplemental briefs must be filed by December 18, 2020.

       SO ORDERED.

                                                P. Kevin Castel
                                                United States District Judge

New York, New York
October 23, 2020